**Motion granted; Order filed July 25, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00483-CV
_____

**SOUTHERN GREEN BUILDERS, LP, Appellant**

**V.**

**JAIME CLEVELAND, Appellee**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2017-13499**

_____

## NO. 14-17-00540-CV
_____

**SAM SEIDEL, Appellant**

**V.**

**JAIME CLEVELAND AND JENNIFER CLEVELAND, Appellees**

**On Appeal from the 215th District Court
Harris County, Texas**

## ORDER

On June 19, 2017, Southern Green Builders, LP filed a notice of appeal from the order signed June 7, 2017, and the appeal was assigned to this court under our appellate number 14-17-00483-CV. On July 11, 2017, Sam Seidel filed a notice of appeal from an order signed July 6, 2017, which was assigned to this court under our appellate number 14-17-00540-CV. On July 18, 2017, the parties filed an agreed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-17-00483-CV and 14-17-00540-CV **CONSOLIDATED**. The existing filing deadlines in case number 14-17-00483-CV will apply to both cases.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.